1  CHRIS H. STEWART (Ark. Bar No. 03-222)
   *arklaw@comcast.net*
2  *Admission Pro Hac Vice*
   **STEWART LAW FIRM**
3  P.O. Box 25862
   Little Rock, AR 72221
4  Telephone: (501) 353-1364
   Facsimile: (501) 712-3597
5  *Attorneys for Plaintiffs,*
   *P.S. Products, Inc. and Billy Pennington*

6  CHRIS HOLLAND (SBN 164053)
   *cholland@hollandlawllp.com*
7  PEI HSIEN REN (SBN 294252)
   *pren@hollandlawllp.com*
8  **HOLLAND LAW LLP**
   220 Montgomery Street, Suite 800
9  San Francisco, California 94104
   Tel.: (415) 200-4980
10 Fax.: (415) 200-4989

11 *Attorneys for Defendant,*
   *ContextLogic Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| P.S. PRODUCTS, INC., an Arkansas corporation; and BILLY PENNINGTON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC., d/b/a/ www.wish.com<br><br>Defendant. | CASE NO. 3:19-CV-02110-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this action against the Defendant, ContextLogic Inc., is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated: August 28, 2019

Respectfully submitted,

Stewart Law Firm

By: */s/ Chris Stewart*
Chris Stewart
*Attorneys for Plaintiffs*

Dated: August 28, 2019

Respectfully submitted,

Holland Law LLP

By: */s/ Chris Holland*
Chris Holland
*Attorneys for Defendant*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: August 28, 2019

/s/ Chris Stewart

Dated: 8/28/2019

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA